Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law


Attorney for Plaintiff,
KATINA KONTOKANIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATINA KONTOKANIS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01337-DMC<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be January 16, 2023.  Defendant's response to Plaintiff's motion for summary judgment will be due on or before March 2, 2023.  This is Plaintiff's first request for an extension and is requested due to her counsel's scheduling conflicts and multiple competing deadlines in other matters.  This request is not sought to unduly delay these proceedings, and Plaintiff's counsel apologizes for the inconvenience associated with the need for additional time.  With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: December 20, 2022                    Respectfully submitted,


                                             /s/ *Jared Walker*                         
                                            Jared T. Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

                                              PHILLIP A. TALBERT
                                              United States Attorney

Dated: December 20, 2022      By:    */s/ \*Sharon Lahey*
                                                     (*authorized by email on 12/20/2022)*
                                                     SHARON LAHEY
                                                     Special Assistant United States Attorney
                                                   Attorneys for Defendant

                                                     <u>ORDER</u>

APPROVED AND SO ORDERED:

    Dated:  December 23, 2022

                                                    DENNIS M. COTA
                                                    UNITED STATES MAGISTRATE JUDGE