Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
KATINA KONTOKANIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KATINA KONTOKANIS,

     Plaintiff,

        v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

     Defendant.

Case No.: 2:22-cv-01337-DMC

STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended an additional 30 days from the existing deadline such that Plaintiff's new deadline, with the Court's approval, will be February 16, 2023. Defendant's response to Plaintiff's motion for summary judgment will be due on or before April 3, 2023. This is Plaintiff's second request for an extension of time and is sought based on her counsel needing more time than anticipated to prepare Plaintiff's motion, as well as to meet other conflicting deadlines in unrelated matters undersigned is solely responsible for.  Plaintiff's counsel apologizes for the inconvenience this request imposes but is unable to meet the current briefing schedule in this case due to overlapping motion filing deadlines in other social security disability cases with lengthy administrative records, and recent out of town travel associated with a family illness.  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly alongside Plaintiff's extension.

///

1    Dated: January 13, 2023          Respectfully submitted,

2

3                                   /s/ *Jared Walker*
                                  Jared T. Walker,
                                  Attorney for Plaintiff

4

   SO STIPULATED:

5

6                                   PHILLIP A. TALBERT
                                  United States Attorney

7

8

9    Dated: January 13, 2023      By:    /s/ *Sharon Lahey*
                                  (*authorized by email on 1/13/2013)

10                                   SHARON LAHEY
                                  Special Assistant United States Attorney

11                                   Attorneys for Defendant

12

13                                   ORDER

14

15    APPROVED AND SO ORDERED:

16

17

18      Dated:  January 17, 2023

19                                   DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF