PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SHARON LAHEY, CSBN 263027
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4827
   Facsimile:  (415) 744-0134
   E-mail:  sharon.lahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATINA KONTOKANIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-01337-DMC<br><br>STIPULATION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g) AND ENTRY   OF JUDGMENT |

    IT IS HEREBY STIPULATED by and between Katina Kontokanis (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their undersigned counsel of record, that the above-entitled action shall be remanded to the United States Social Security Administration (the "Agency") for further administrative proceedings. Upon remand, the Agency will vacate the Administrative Law Judge's decision, re-evaluate the

evidence, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                                  Respectfully submitted,

Dated:  June 5, 2023         JARED WALKER

                             By:  /s/  *Jared Walker*
                             JARED WALKER
                             Attorney for Plaintiff
                             *Authorized via e-mail

Dated:  June 5, 2023         PHILLIP A. TALBERT
                             United States Attorney

                             By:  /s/ *Sharon Lahey*
                             SHARON LAHEY
                             Special Assistant United States Attorney
                             Attorneys for Defendant

### **ORDER**

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Agency for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  June 5, 2023

                             DENNIS M. COTA
                             UNITED STATES MAGISTRATE JUDGE